UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

XAVIER DEVANTE JOHNSON,

    Plaintiff,

v.                                     Case No. 3:23cv24162-MCR-HTC

OFFICER HARRIS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 19, 2023, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $23.40 by October 10, 2023. Doc. 7. After Plaintiff failed to comply with the September 19 Order within the allotted time, the Court issued an order on October 17, 2023, giving Plaintiff fourteen days to show cause why this case should not be dismissed due to his failure to submit the initial partial filing fee. Doc. 9. Plaintiff filed a response to the October 17 Order, asserting his case has merit and should not be dismissed, he did not have funds to pay the initial partial filing fee, and he would pay the full filing fee upon his release from jail. Doc. 10.

On October 26, 2023, the Court advised Plaintiff it would not release him from the requirement that he pay the $23.40 initial partial filing fee unless he submitted an updated inmate account statement within fourteen days which

confirmed he did not have the funds to pay the fee and had not received deposits into his account which he opted to spend on other things. Doc. 11. The October 26 Order warned Plaintiff that if he failed to either pay the $23.40 initial partial filing fee or submit the updated inmate account statement within the allotted time, this case would be dismissed due to his failure to comply with the September 19 Order. Nevertheless, Plaintiff has neither paid the fee nor submitted the account statement. Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 16th day of November, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:23cv24162-MCR-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1.